IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL JOSEPH GRIFFITH,** Inmate #040992, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL NO.  05-012-GPM ) |
| **JACKSON COUNTY SHERIFF'S DEPARTMENT,** | ) ) ) |
| Respondent. | ) ) |

# **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

Petitioner, an inmate in the Williamson County Jail, brings this habeas corpus action pursuant to 28 U.S.C. § 2254.

Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts provides that upon preliminary consideration by the district court judge, "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal and cause the petitioner to be notified."  After carefully reviewing the petition in the present case, the Court concludes that Petitioner is not entitled to relief, and the petition must be dismissed.

"An application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that the applicant has exhausted the remedies available in the courts of the State." 28 U.S.C. § 2254(b)(1)(A).  Petitioner has not alleged in any way that he has exhausted or attempted to exhaust any available state remedies.  In fact, the

areas of the form petition he filed that ask for information about state proceedings were left blank.

Furthermore, Petitioner's sole ground for relief is that his conviction violates the constitution because of an illegal search and seizure without a warrant and probable cause. Where they have been fully adjudicated in state courts, claims of illegal search and seizure under the Fourth Amendment are not cognizable on habeas review. *See Stone v. Powell*, 428 U.S. 465 (1967); *Hampton v. Wyant*, 296 F.3d 560 (7th Cir. 2002).

Accordingly, the petition is **DISMISSED**.

**IT IS SO ORDERED.**

DATED: 04/20/05

                                              s/ G. Patrick Murphy
                                              G. PATRICK MURPHY
                                              Chief United States District Judge